QUINCY RESIDENTIAL REAL ESTATE LIMITED PARTNERSHIP 2113, FRANK J. AND MARIA A. LISCIO, A PARTNER OTHER THAN THE TAX MATTERS PARTNER, Petitioners v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
Quincy Residential Real Estate v. Commissioner
Docket No. 18409-88
United States Tax Court
1996 U.S. Tax Ct. LEXIS 52; December 4, 1996, Entered *52 Mary Ann Cohen, Chief Judge. Cohen
MADISON RESIDENTIAL
ORDER AND DECISION
Upon due consideration of a clerical error reflected in the entered date on the decision in this matter, it is
ORDERED that the decision entered in this case is vacated and set aside. It is further
ORDERED that pursuant to Rule 248(b) of the Tax Court Rules of Practice and Procedure, that the following statement shows the adjustments to the partnership items of Quincy Residential Real Estate 2113 for the taxable years 1984 and 1985:
1984
Partnership Items
As Reported
As Determined
Partnership Loss
$ 798,041.00
-0-
Qualified Rehabilitation
Expenditure
948,770.00
-0-
1985
Partnership Items
As Reported
As Determined
Partnership Loss
$ 1,916,638.00
-0-
Mary Ann Cohen
Chief Judge
Entered: DEC 4 1996